



December 5, 2019

**By ECF**

Hon. Stewart D. Aaron
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 1970
New York, NY 10007
(212) 805-0274

        Re:    *Nixon v. Fuego Holdings LLC*, No. 19 Civ. 7620 (ALC) – Request for Adjournment of December 10, 2019 Rule 16 Conference

Dear Judge Aaron:

      We represent Fuego Holdings LLC in the above-captioned litigation. The parties are currently scheduled to appear before Your Honor for a Rule 16 conference on December 10, 2019. The parties have reached a settlement in principle in this matter, and accordingly request that the Court adjourn the conference to allow the parties time to finalize a settlement agreement and file a stipulation of dismissal with the Court. This is the parties' first request for an adjournment of this appearance.

                                  Respectfully,

                                  Wendy H. Schwartz

Request GRANTED. The initial pretrial conference in this matter is adjourned *sine die*. SO ORDERED.
Dated: December 5, 2019