USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DONALD NIXON, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

FUEGO HOLDINGS,

Defendant.

-------------------------------------------------------------x

19-cv-7620 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated: January 28, 2020
New York, New York

_____
**HON. ANDREW L. CARTER, JR.**
**United States District Judge**

1